TATUM BROTHERS REAL ESTATE AND INVESTMENT COMPANY, A CORPORATION, *Appellant,* v. FRANK OSBORN AND WIFE, VIOLA L. OSBORN, AND PERCY L. WATSON, *Appellees.*

Opinion Filed February 5, 1920.

The findings and conclusions of a chancellor, while not entitled to the weight of the verdict of a petit jury, when the chancellor does not hear the witnesses *ore tenus,* yet they will not be disturbed by an appellate court unless the appellant assuming the burden cast upon him makes it clearly to appear that such findings and conclusions are erroneous.

An Appeal from the Circuit Court for Dade County; H. Pierre Branning, Judge.

Decree affirmed.

*Shutts, Smith & Bowen,* for Appellant;

*Hudson, Wolfe & Cason,* for Appellee.

HORNE, Circuit Judge—In this case there is an issue of fact, and as is usual there is a conflict in the evidence. The chancellor found for the defendants, and his finding not being clearly erroneous should not be disturbed. Sheppard v. Crowley, 61 Fla. 735, 55 South. Rep. 841; Robinson Point Lumber Co. v. Johnson, 63 Fla. 562, 58 South. Rep. 841; Millinor v. Thornhill, 63 Fla.. 531, 58 South. Rep. 34; Dixie Naval Stores Co. v. German-American Lumber Co., 76 Fla. 339, 79 South. Rep. 836.

The decree is affirmed at the cost of appellant.

PER CURIAM.—The record in this cause having been considered by this court, and the foregoing opinion prepared under Chapter 7837, Acts of 1919, adopted by the court as its opinion, it is considered, ordered and adjudged by the court that the decree herein be and the same is hereby affirmed.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND WEST, J. J., concur.